# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Carole W. Mallory

_____

_____

Write the full name of each plaintiff.

-against-

Francoise Gilot Salk

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

18 CV 7473

__1v8__CV 7473

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☑ Yes     ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

# I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- ☐   **Federal Question**
- ☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , __Carole Mallory_____ , is a citizen of the State of
(Plaintiff's name)

__Pennsylvania_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

_____
If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **Francoise Gilot Salk**, is a citizen of the State of
(Defendant's name)

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Carole | W. | Mallory |
|---|---|---|
| First Name | Middle Initial | Last Name |

**2803 Stanbridge St. B108**

Street Address

| Norristown | PA. | 19401 |
|---|---|---|
| County, City | State | Zip Code |

| 6108058955 | carolemallory@aol.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Francoise          Gilot Salk
_____
First Name                        Last Name
artist
_____
Current Job Title (or other identifying information)
27 West 67 zip 10023     also 1344 Lexington Ave. zip 10128
_____
Current Work Address (or other address where defendant may be served)
NYC                          NY        10023 and 10128
_____
County, City                      State              Zip Code

Defendant 2:

_____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                      State              Zip Code

Defendant 3:

_____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                      State              Zip Code

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  New York City _____

Date(s) of occurrence:  1971-79 equitable tolling and equitable estoppel applicable see medical report attached

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

see attached statement of case

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

see attached statement of case

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

causes of action

~~Malicious intentional infliction of emotional distress~~

~~Conspiracy of Claude Gilot Ruiz-Picasso and Francoise Gilot Salk to defraud Carole~~ Mallory, Plaintiff, of her rightful claim to the Pablo Picasso Estate

Obstruction of Justice

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8/14/18 | _Plaintiff's Signature_ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Carole | W. | Mallory |
| First Name | Middle Initial | Last Name |

2803 Stanbridge St. B108

| | | |
|---|---|---|
| Street Address | PA. | 19401 |
| Norristown, | State | Zip Code |
| County, City | | |

610 805 8955

carolemallory@aol.com

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



**Norristown Family Physicians**

Joseph A. Calamia, D.O.

Christopher J. Drumm, M.D.

Kevin R. Melnick, D.O.

Briana M. Lunden
Practice Manager

April 4, 2016

Re: Carole Mallory
      DOB – 1/8/1942

Dear Sirs:

This is a letter of explanation in regard to my patient, Carole Mallory. Carole has been a patient of mine for the past few years. She came to me with a very unfortunate but believable story. She sees me for her primary medical care.

She relates that she had a difficult and tumultuous 4-5 year relationship with Claude Picasso in the 70's in which she and Mr. Picasso were lovers and engaged to be married. The relationship was naïve on her part and abusive on his part. She related to me that she had sexual, emotional, and physical abuse at the hands of Mr. Picasso. This led to depression, significant anxiety, low self-esteem, and substance abuse the form of alcohol abuse. She and Mr. Picasso parted ways (he broke off the relationship in a traumatic way) in the mid 70's, and she later had a long-term relationship with Norman Mailer. This relationship was also troubling.

Later in her life, she was having difficulty with balance and memory and was diagnosed with Normal Pressure Hydrocephalus, and a VP shunt was placed in her brain to drain fluid and prevent progression. Her most recent CT scan of the Brain shows that this physical condition is stable.

Since that time, she has had difficulty with word finding and some forgetfulness. However, she has developed an ability to recall repressed memories of her abuse from Mr. Picasso. This has caused intense depression, anxiety, fearfulness, lack of

1437 Dekalb Street, Suite 201          Norristown, PA 19401          P: 610-272-5341      F: 610-277-4134      einstein.edu

Einstein Medical Center Philadelphia                    Einstein Medical Center Elkins Park                          Einstein Medical Center Montgomery
MossRehab                    Belmont Behavioral Health                    Einstein Physicians                    Formance Physicians

116

April 4, 2016
Page 2
Carole Mallory

self-esteem, and what is considered Posttraumatic Stress Disorder. All of this has been significantly and severely debilitating to her emotionally and physically. For this reason she has been seeing psychiatry, Lee G. Dante, MD on a regular basis.

It is my opinion that Ms. Mallory has sustained severe emotional and psychological injury from the treatment that she had by her then fiancé, Claude Picasso. This condition appears to be very debilitating and troubling to the patient in that it affects her ability to function in her activities of daily living by clouding her thought process and complication her cognitive ability which is already compromised by her Normal Pressure Hydrocephalus. She has sustained a greatly troubling injury from this entire situation.

All this is stated with a reasonable degree of medical certainty.

Sincerely,

Kevin R. Melnick, D.O.
Norristown Family Physicians

KRM/jg

117

**Lee G. Dante, M.D.**

321 Berkeley Road
Merion Station, Pennsylvania 19066

Voice 610-662 3550

Fax 610-667 8117

October 19, 2015

To Whom It May Concern:

I am the psychiatrist who has been working with Carole Mallory for the past several years.  Recently she initiated a lawsuit against Simon & Schuster over her portrayal in a biography of Norman Mailer. She was offended the characterization of her as "venal" and, " a slut". She knew that these things were untrue but also knew that she had engaged in a variety of sexual behaviors that had to be explained. It was in response to this apparent discrepancy that she began to inquire more and more deeply into her own past.

Ms. Mallory's childhood and early adulthood were anything but promiscuous. She grew up in a conservative family deeply rooted in the Pennsylvania Dutch farming traditions. No fewer than four of her uncles were Lutheran ministers. In the context of her extended family, sexuality was never spoken of in a positive manner. As a girl, "purity and chastity" were the only descriptions of sexual behavior that were extolled by her mother. Many of her family members were longtime farmers with rigidly conservative viewpoints.

The discovery that she made recently as she went back over her life was to find that there was a dramatic turning point that hinged on her engagement to Claude Picasso. This moment in time was a watershed.  When she met Mr. Picasso she was 29 years old. She had experienced sexual relations with two men, the first had been a football player in college to whom she had been briefly engaged. And the second was her husband of four years.

She had worked in her 20s as a teacher and then as a stewardess. This latter

109

occupation introduced her to a far wider world than she had been accustomed to in the past. On a leave of absence triggered by airsickness, she landed in Paris and found a job modeling for the magazine, "French Vogue". She became extremely successful in this endeavor, at one point being simultaneously on the cover of Cosmopolitan, Newsweek, and New York magazine. Jobs in advertising and eventually parts in movies put her in the company of well-known personalities. Diane von Furstenberg introduced her to Claude Gilot Picasso, son of the famous painter. The innocent girl from Pennsylvania was swept off her feet after being asked to dance by the then married Picasso.

Claude was in the midst of a divorce and Carole had just finalized her own divorce. Several months later they met again by chance. On their first date Claude presented her with a handful of daisies and asked if he could move in with her. For Carole it was excitingly romantic. For Claude, in retrospect, he had found a place to live and someone to take care of him. Just two years later, on the night of his famous father's death, Claude asked Carole to marry him. It was a moonlit night and he was standing with his family next to what they all thought was to be his father's grave. At the time, no one thought that Claude could inherit anything from his father due to a provision in the Napoleonic code barring illegitimate children from inheriting when the parent leaves no will. Claude's mother nevertheless sued the French government and a year or so later she and her children became entitled to part of the massive inheritance.

During that time following Picasso's death, Carole gave herself completely to Claude, quit modeling, and happily accompanied her future mother-in-law in the search for a suitable wedding dress. Claude's mother bought the wedding dress for Carole. Extravagant gifts of jewelry and the romantic promises made repeatedly by Claude, left no doubt in her mind that he was to be the love of her life.

There were clouds on the horizon but she never saw them coming.

Someone else might have noticed that promises of love and romantic sexual encounters always preceded a request for her cooperation.

In 1974, after the lawsuit had settled, Claude was months away from becoming a multimillionaire yet he still asked Carole for her continued support. Despite having plenty of money available to him, when Carole asked him to repay some $3000 he had borrowed from her he angrily exclaimed, "shove it up your cunt" This was the same spoiled child speaking who had punched his stepmother, and later laughed sardonically when he described to the press that he knocked her to the ground and secretly wanted her to be hurt. His cruel streak; however, was not lost on his father. The Guardian reported that the last time his father saw him the painter angrily exclaimed, "I wish you were dead". Claude was then forever banned from his father's home.

Claude's cruelty was lost on Carole at first, and she began drinking more heavily. Even then she couldn't continue ignoring his increasingly contemptuous treatment. Claude would pressure her to have sex, shoving her head down on him, and then coldly walking away. It was after such an encounter, just after Claude walked off to visit his lawyers, that the stricken woman began masturbating in front of room service. She began acting out scenes of sexual humiliation, being dominated by rich and famous man and then turning around to masturbate in front of working-class men who she could dominate. This would go on for four or five years before she got herself connected with AA, got sober, and stopped this self-destructive recapitulation of her sexual abuse by a man she had loved once.

Her eight year romance with Norman Mailer began when she brought a book she had written while doing the twelve-step program at AA. The book's title was, "Picasso loves me". There is no doubt that this 500 page autobiography including an account of her masturbating in front of the man from room service, was presented to mailer in an unconscious attempt to seek help from this prolific writer about sexuality and the human condition.

Page 3 of 4

{ | \

Through her sobriety and her loving relationship with mailer, this terrible time of painful disillusionment was pushed to the side only to be brought to her attention defending herself from the defamatory passages in Mailer's most recent biography. Here we find her standing up to the publisher and an author who were treating her with contempt.

I believe that a good case can be made that Carole was badly damaged by the way that Claude Picasso demeaned her after he concluded that she was of no more use to him. There were decades of pain and dysfunction before she found the help that she needed. There is a certain simplicity to the picture when one stands back and sees this unfortunate woman crossing the divide between innocent love and painful disillusionment with the world. Her lover had ruthlessly tossed her on the dung heap and walked away as soon as he became wealthy.  As frequently happens, the PTSD suffered by a victim can remain unrecognized for many years until some stimulus evokes the past.

Sincerely ,

*Lee G Dante*

Lee G Dante M.D.

112

Complaint                                        Jury Trial Demanded

## US DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

CAROLE MALLORY
                              Plaintiff
VS.

FRANCOISE GILOT SALK
                              Defendant


**1.Jurisdiction:**  Carole Mallory lives at Stanbridge St,B108, Norristown, Pa 19401
Claude Gilot Ruiz Picasso owns an apartment at 33 W. 67, NYC, NY10023. He owns an apartment in Geneva, Switzerland, a Greek Island, Cartier Bresson's Chateau, several of Pablo Picasso's chateaux. His office is at Pablo Picasso Authentications 8 Rue Volney75002 Paris.   He was out of state until 2010 at which time he lived in Manhattan with his mother. Francoise Gilot Salk, Claude Picasso's mother, lives at 27 West 67, apt 2 FE, NYC, NY10023 and 1344 Lexington Ave., NYC, NY 10128
Carole Mallory and Claude Picasso rented an apartment in NYC at Sutton Place's The Sovereign between 1974 and 1977. The lease was in both of their names.

## II. History of Plaintiff

Carole Mallory is the author of five books: **Flash, Loving Mailer, My Friendship with Kurt Vonnegut and Joseph Heller, Vidal v Mailer, and Picasso's Ghost.** Her journalism has been published in **Esquire, Parade, Playboy, Elle,** etc and has been syndicated by **The New York and L.A. Times.** Prior to her writing career, she was pursuing a career as a supermodel who was photographed for the covers of **Cosmopolitan, Newsweek, Parade, GQ, New York Magazine,** etc   In 1975, she became an actress and appeared in **StepfordWives** as one of the wives, **Looking For Mr Goodbar, Killer Elite** and some 50 television shows and commercials   She has taught memoir at Rosemont college and Widener

University besides reviewing a Vonnegut biography for the *Philadelphia Inquirer*

### III, _Statement of Case._

1. In 1971 Claude Picasso moves into Ms. Mallory's apt 333 East 69 NYC, on their first date. He is going through a divorce and has no home of his own. (Appendix A)  Claude wears her ex-husband's clothing and her blouses. He has little or no resources. She feels sorry for him. Ms. Mallory's apartment is furnished with designer furniture and an art collection. (Appendix B) In addition there are daily services by a French speaking maid. Ms. Mallory is actively working as a supermodel. (Appendix C)  Claude is working as a gofer/ errand boy after having been fired as assistant to celebrated photographer Richard Avedon whom he tried to tell how to light a set.  (Appendix D)  In the early 1973 Claude's mother, Francoise Gilot, gives Ms. Mallory three pieces of jewelry by Picasso, one of which is Claude's portrait. Ms.Gilot realizes Ms Mallory is supporting her son and wants to thank her. Ms. Gilot gives her no money though Ms.Gilot is wealthy.   On April 5, 1973, Pablo Picasso dies and Claude asks Carole Mallory to be his wife. His mother, Ms. Gilot, buys her a wedding dress directly from Karl Lagerfeld, Chez Chloe (Appendix E)  In 1974 Ms. Gilot wins her lawsuit against the French government for Picasso's Estate and reverses Napoleonic Code which states illegitimate children can not inherit if there is no will. According to **the Guardian 12/3/2010**, the last time Picasso saw his son, Picasso is reported to have told Claude, "I wish you were dead,"  (Appendix F).  One of the last times Claude saw Picasso, Claude jokingly punches his stepmother. His father did not laugh, but exiled Claude from his life. (Appendix G)  I Claude andMs Mallory rent an apartment in Paris and one in NY in Sutton Place's The Sovereign in both their names which is now filled with designer furniture and art collection which are the possession of Ms. Mallory. (Appendix H)  Claude and Ms. Mallory are still living comfortably as a result of her income as the Picasso Estate is tied up in red tape or so Claude claims. In 1974 on a trip back to NY to oversee their new apartment, Ms Mallory films *Stepford Wives* in Westport Conn. playing one of the wives. (Appendix I)  Claude remains in Paris.  Claude writes Ms. Mallory about fifty handwritten love letters in which he discusses the wedding/honeymoon plans and signs, "To my fiance". (Appendix J)  When Ms. Mallory returns to Paris, her mother calls to say her father, who lives in Philadelphia, has tried to commit suicide.  She must go to him.  "When are we getting

2

married, " she asks Claude.  He remains silent.  "You're doing to me what your father did to your mother,"  Ms.Mallory says as Claude puts his fist into the wall, into Ms.Mallory's stomach and kicks his dog, Tutu.  Ms. Mallory takes his dog, and on the first plane leaves Claude after asking him to return the $3,000 she had lent him.  He stops at the bank, throws the money in her face and says, "Here shove it up your cunt," (Appendix K). When Ms. Mallory returns to Philadelphia, her father dies and is buried in the wedding suit made for her wedding to Claude.  In 1975 Ms. Mallory rents another apartment in Hollywood as she is pursuing acting . In 1977 Claude comes to NY.  He needs Ms.Mallory's signature to terminate the lease at The Sovereign.  He asks her to pay her share of the rent though he is a millionaire.  She refuses. He wants to make love.  She agrees hoping this means he still love her.  He returns to Paris.  In 1979 Claude visits her in Hollywood. Again they make love.  He tells her he has met a woman in Paris who reminds him of her, but the other woman likes Paris. Ms. Mallory does not like Paris. Ms. Mallory cries.  Claude forces her head on his penis as she shouts, "No."  She realizes he is using her. A few months after this, Claude jilts Ms. Mallory by marrying the other woman.

2.  In 1980, Dr Evelyn Silvers declares Ms. Mallory an alcoholic. Ms.Mallory goes to AA .  Today Ms Mallory is thirty seven years sober.

3   12/9/84 Francoise Gilot writes a letter praising Ms. Mallory.  Ms. Gilot writes, "We must all be future oriented. Remembering sad events in the past does not help the wounds to heal.  With all your beauty, your charm and your talent, the sunny side of life is still ahead of you." This is Ms. Gilot's first attempt at Estoppel. (Appendix L)  Ms. Mallory has talked with a lawyer who could have contacted Ms. Gilot and Claude Picasso.  The lawyer wanted money which Ms. Mallory was unable to pay. Ms. Gilot's letter is an attempt to manipulate Mallory not to sue for her rights to the Picasso Estate. **Marvin v. Marvin**. (Appendix M) Carole Mallory was supporting Claude Picasso when his mother won her lawsuit for Pablo Picasso's Estate.  At this time Ms Mallory does not know about the legal implications of Estoppel or equitable tolling.

4.  To stay sober Ms. Mallory has to write an inventory of her life and writes a book **Picasso Loves Me.**  She meets Norman Mailer whom she asks to edit her book.  He feigns being her mentor because he is $3 million in debt and needs a tax deduction. (Appendix N)  She falls in love. She would never have entered such an unhealthy relationship if she had not been

jilted by Claude and her self-esteem hadn't been pummeled by him. In 1991, Mr. Mailer dumps her when her tax deduction status ends upon the publication of his novel *Harlot's Ghost* in which he has turned Ms.Mallory into a character for tax deduction purposes. Ms. Mallory cares for her mother, Laura Wagner, from 1991 to 2000 who dies at age of 100. (Appendix O)

5.  In 1995 Carole Mallory has suffered a catastrophic loss. She must sell her Picasso jewelry. She can not sell it without written authentication from the administrator of the Picasso Estate. She writes Claude Picasso who is now this administrator (Appendix P) It is his fiduciary responsibility to grant authentication. He remains silent. On 9/5/95 Ms.Mallory puts Claude on notice by sending him a registered letter requesting authentication. He does not respond.(Appendix Q)

6.  10/9/95 Francoise Gilot writes her second equitable estoppel--a fawning letter filled with manipulative, patronizing compliments. Ms Gilot writes, "Life has its passages of light and its shadows. It's a riddle, an enigma and we all do what we can somehow. It's not helpful to be fearful or angry. Do be charming and beautiful as ever.....I wish you well." Ms. Gilot's letter arrives thirty four days after Ms. Mallory has put Claude on notice.(Appendix R) Ms. Mallory has again talked to several lawyers about suing Claude for failure to perform his fiduciary duty--fraud. These lawyers want money which Ms. Mallory does not have.

7.  A few days after receiving Ms. Gilot's manipulative letter, Ms. Mallory calls her and says, "Francoise, I think Claude should settle with me for jilting me. Please ask him to give me a painting?"
"I can't. They belong to Claude," Ms. Gilot says.
" I would accept one from you," Ms. Mallory says.
Ms. Gilot hangs up on Ms. Mallory. After Ms. Gilot had written how much she cared about Carole Mallory, Francoise Gilot's hanging up on her proves she had committed an estoppel. An equitable estoppel because she had written her flattery to manipulate Carole Mallory from not suing her son, Claude Picasso for fraud. Ms.Mallory is still unaware of the legal definition and the implications of Estoppel and that Ms Gilot is trying to run out statutes to destroy Ms. Mallory's claim of fraud.

8. In 2007 Norman Mailer dies. In 2008, Mallory sells her Mailer archive, his writings with her edits to Harvard, Mr. Mailer's alma mater.(Appendix P)

The Norman Mailer Estate is threatened that Ms.Mallory may become a literary threat to Mr. Mailer's legacy.  In 2009 Ms. Mallory publishes her memoir, **Loving Mailer** about her nine year relationship with Mr. Mailer

9. In July 5 2013 Ms.Mallory needs a brain operation as it is discovered she is suffering from hydrocephalus. A few months later, Ms Mallory's former publisher, S&S, libels her in a biography **Norman Mailer: A Double Life.**  It is written by Michael Lennon who is the founder of the Norman Mailer Society. After one year Ms. Mallory is unable to find a lawyer so a friend who has been a paralegal helps her to file a complaint pro se. (Auction House)

10, In 2014 Carole Mallory is able to sell the jewelry at Skinner in Boston. Francoise Gilot's book **My Life with Picasso** mentions the jewelry and Skinner's appraiser accepts these pages for authentication.  After a furious bidding between a Canadian and Swiss Trusts, the jewelry sets a record and the trust in Switzerland buys these pieces. Claude Picasso lives in Geneva, Switzerland.  One of the pieces is his portrait.(Appendix S)  These pieces are currently shown as photos listed on his page on the internet.

11.   Carole Mallory gives a talk about the Picasso family at Skinner during which she is filmed.  Weeks after the sale Ms. Mallory asks for a copy of the film, but Skinner claims it does not have this film.

12  Skinner must be subpoenaed to prove who bought the Picasso jewelry and for this film.  If it were Claude, it would compound the fraud he perpetrated in 1995.

13  On 10/19/15 Dr Dante, Ms.Mallory's psychiatrist, writes, "I believe that a good case can be made that Carole was badly damaged by the way that Claude Picasso demeaned her after he concluded that she was of no more use to him.  ...Her lover had ruthlessly tossed her on the dung heap and walked away as soon as he became wealthy,  As frequently happens, the PTSD suffered by a victim can remain unrecognized for many years until some stimulus evokes the past." (Appendix T)

14.  On 4/4/16 Dr. Melnick writes. ..."Ms. Mallory has had difficulty with word finding and some forgetfulness. However, she has developed an ability to recall repressed memories of her abuse from Mr Picasso. This has caused intense depression, anxiety, fearfulness, lack of self-esteem, and what is considered Posttraumatic Stress Disorder. All of this has been

significantly and severely debilitating to her emotionally and physically. For this reason she has been seeing psychiatrist, Lee G. Dante MD on a regular basis. It is my opinion that Ms. Mallory has sustained severe emotional and psychological injury from the treatment that she had by her then fiance, Claude Picasso......" (Appendix U)

15  In 2017, Philadelphia Federal Court dismisses *Mallory v S&S et al,* but she appeals and loses.

16.  In 2018 Ms.Mallory files her case *Mallory v S&S et al* pro se with the Supreme Court.  It was docketed in 7/18. (Appendix V)  SCOTUS is currently reading her case to evaluate if they will grant a Writ of Certiorari.

17   Ms.Mallory currently is lecturing with her toy Maltese to retirement communities as documented in Community Section of *Phoenixville Press and the Main Line Times* in her inter active lectures to seniors. (Appendix W)

18.  In the spring of 2018, Ms. Mallory sent via certified letter a demand to Claude Picasso for $150,000 to pay his back debt to her for the money she advanced him when she supported him from 1971-1975.  This letter is notarized and enclosed (Appendix X) He does not respond.

19.  Ms Mallory is unaware that Ms. Gilot's letters are equitable estoppel until 2017 when a lawyer who feigns interest in her case shows extreme interest in these letters.(Appendix Y)  Ms. Mallory googles estoppel and not until 2017 realizes Ms.Gilot has committed an equitable estoppel with her patronizing letters.  Ms. Gilot's false flattery in her letter of 10/9/95 was malice with intent to manipulate Ms Mallory.   Ms. Gilot wanted time for the expiring of statutes to elapse.

20.  Carole Mallory is asking the Court to toll statutes due to her suffering from PTSD and from      experiencing repressed memory as stated in Dr Dante's and Dr Melnick's letters and proof of Francoise Gilot's equitable estoppel.  These doctor's letters detail the emotional and sexual abuse Ms. Mallory has suffered at Claude Picasso's whim.  Ms. Mallory last saw Claude in 1979 in Hollywood.  From 1988 to 2000 Ms. Mallory lived in NYC.   Claude did not reside in America until after 2010 when he lived with his mother,  In enclosed newspaper dated 1971 it is written, "Says a family friend:  'Claude really went to America to get away from his mother.  She

4

tends to cling to him.'" (Appendix Z) The severity and magnitude of Claude's abuse of Ms. Mallory was not uncovered until recently as necessitated by the Mailer defamation and lawsuit filed in 2014. Ms. Mallory did not understand the forces that were affecting her life. She tried to understand the way her life had unraveled after Claude had jilted her until she had to explore her past in defending the Mailer/S&S lawsuit. In trying to understand her actions in the years after Claude had jilted her, she kept thinking back to that pivotal moment when her whole way at looking at herself was shaken. Carole Mallory is 76 and lives alone. It is the age of the #MeToo movement in which sexual predators are confronted and held accountable for their cruel and violent treatment. While Claude Picasso is the quintessential sexual predator, his mother, Francoise Gilot Salk is his co-conspirator. Carole Mallory's case is not only historical, but worthy and has merit.

21. A testimonial from Kurt Vonnegut to Carole Mallory in which he states, "I suggest you were gifted as well as an actress and as a keen observer, too, as a potential journalist and social commentator." (Appendix AA)

22. Ms. Mallory's review of Vonnegut biography for *the Philadelphia Inquirer*. (Appendix BB)

### IV.  Causes of actions:

1.....Malicious intentional infliction of emotional distress.

2.....Conspiracy of Claude Gilot Ruiz- Picasso and Francoise Gilot Salk to defraud Carole Mallory of her rightful claim to Pablo Picasso's Estate.

3.... Obstruction of Justice

Carole Mallory
2803 Stanbridge St.  B108
Norristown, Pa. 19401

7

## Appendices... Mallory v Claude Picasso

Appendix A....Ms. Mallory  press with Claude Picasso. *"The Picasso Years."*

Appendix B....Photo of Ms. Mallory's apartment which Claude moved into on first date.

Appendix C....Ms. Mallory covers of her as a supermodel

Appendix D... pages from *Picasso's Ghost* memoir by Ms. Mallory in which she documents Claude working as a gofer/errand boy and being fired by Avedon.

Appendix E....Wedding dress from Karl Lagerfeld's Chloe bought by Ms.Gilot for Ms. Mallory

Appendix F...Clip from *the Guardian* which states Picasso's last word to Claude were, "I wish you were dead."

Appendix G...pages from *Picasso's Ghost* in which Claude laughs about punching his stepmother.  Picasso didn't laugh but exiled Claude from his life.  These quotes are from an interview Claude gave to *Time Magazine.*

Appendix H....Sovereign apartment with Ms. Mallory's art/ designer furniture rented by Claude and Ms. Mallory 1974-77

Appendix I....Photo from *Stepford Wives* with Ms. Mallory

Appendix J...Claude's love letters discussing wedding/honeymoon/*to my fiancee*

Appendix K...."Here shove it up your cunt," Claude quoted from *Picasso's Ghost*

Appendix  L.....Ms. Gilot's first attempt at estoppel.

Appendix  M....*Marvin v Marvin*

Appendix  N.. Proof of Mailer's 3 million debt from *NYTimes Book Review*

Appendix  O...Photo/ interview of Ms. Mallory's mother Laura Wagner age 100

I

Appendix P.....Ms. Mallory writes Claude asking to authenticate her Picasso jewelry

Appendix Q....Ms. Mallory's certified request to Claude to authenticate jewelry

Appendix R....Ms. Gilot's second attempt at equitable estoppel

Appendix S....Harvard contract for Ms.Mallory's Norman Mailer archive

Appendix T....Ms Mallory's Picasso jewelry sold at Skinner Auction

Appendix U....Dr Dante's letter proof of Ms. Mallory's diagnosis of PTSD

Appendix V....Dr. Melnicks's diagnosis of Ms. Mallory of PTSD

Appendix W.... proof SCOTUS is reviewing *Mallory v S&S* et al filed pro se

Appendix X....Ms Mallory's interactive lectures to retirement communities/ press

Appendix Y....certified letter to Claude to pay $150,000 for support to Ms. Mallory

Appendix Z....lawyers letter requesting Ms Gilot's letters as proof of estoppel

Appendix AA....Clip from newspaper stating Claude came to America to get away from his clinging mother.

Appendix BB....Kurt Vonnegut's testimonial to Ms. Mallory's character

Appendix CC... Ms Mallory's review of Vonnegut biography for Philadelphia Inquirer

Appendix DD...Statement from Ronald Mallory that Ms. Mallory's facts are true.

Appendix EE....Redacted pages from Loving Mailer regarding Mailer's debt

APPENDIX A

NEW YORK POST, SATURDAY, FE... RY 5, 19?

# Picasso: The Gala Period

## By EUGENIA SHEPPARD

THE MAGIC name of Picasso brought a crowd of 2000 — all in evening clothes — to the Museum of Modern Art one night last week. At least 20 dinner parties in private homes and apartments preceded the exhibition preview at which Picasso's son Claude was one of the guests.

Most museum parties are famous for far-out fashions, but this one was on the conservative side.

Mrs. Montague Hackett came in a Navajo blanket coat and Muriel Rafalsky wore a dress made of an old-fashioned bedspread, though you'd never have guessed it, really. Mrs. Byron Janis wore a red velvet dinner suit with a ruffled white shirt. Suzanne McDonald kept her coat on all evening, and no wonder. It was tie-dye mink.

Gloria Vanderbilt, though, came wrapped in floor length sable over one of Adolfo's cream-colored crochets and Mrs. William Paley's sheer, floating white was the latest from Paris designer Madame Gres.

*Post Photos*


Mrs Charles Allen

August Hecks...


...e de la Renta


Mr. & Mrs. Donald Newhouse


Claude Picasso & Carol Mallory


Mrs. Douglas Aud...

1977



## SUZY SAYS

### A Close Call for a Foe of Terrorism

12

MBI Jun 8, 1977



12

## SUZY SAYS

### Beautiful People and Furniture

— model-actress Carole Mallory and
Claude Picasso, together again!!! You do
remember they split up some time ago
don't you. ... .. British? Well,
they had a fight because Carole wanted
to stay in Paris... But Carole, who
wanted people... pushed off to Holly-
wood and the TV cameras.

When she returned to New York for
more work, Claude flew from Paris to
join her. Isn't that romantic? They were
together for a week before Claude had
to return to Paris. Claude's very rich,
you know. He's the son of Pablo Picasso

and heir to a whopping share of Picas-
so's estate, of which he is the manager.
Think it over, Carole.



**Carole Mallory:** romance r

*Picasso Jewelery mentioned*

**CAROLE MALLORY**, all glamor and
low-cut dresses, arrived in New York
last week to meet Claude Picasso. Claude,
as we all know, is the illegitimate son of
the great departed master Pablo Picas-
so, and he and Carole have had a con-
tinuing, sometimes long-distance ro-
mance, which they pick up whenever
possible. Just now he's in town as a
spokesman for SPADEM (the European
society that protects artists' royalties).
Carole has a few days off from her cur-
rent movie. Isn't that the luckiest?

The locals have noted that Carol-
has been sporting a lot of Picasso
jewelry lately. Who better?

Claude, an artist and a photogra-
pher, just bought the Cartier-Bresson
chateau outside Paris? Who better?

On Carole and Claude's social
agenda was a dinner with Picasso's
grandson Bernard. It cheery to kno-
that all the masters offspring, legit and
illegit alike, get along. Perhaps because
there's enough money for everyone
Picasso's estate was upwards of $17?
million

Carole's shooting the new Rock Hud-
son miniseries "Wheels in Hollywood
when she isn't making Claude happy

5



Carole Mallory — From Cosmo

Soon afterward, Claude Picasso, son of painter Pablo Picasso, walked into my life and into my bed; we were together for the next four years. After his father died in 1973, Claude asked me to be his wife, but because he refused to set a date, I felt toyed with and insecure. Against his wishes, I accepted a role in *The Stepford Wives* in New York and left Claude in Paris, where we were living at the time. When I returned, I again confronted him about getting married, but he was still noncommittal. So I decided to leave him for good and flew back to New York, feeling more lost and rejected than ever.

Claude Picasso—Pablo's son—mentioned marriage

6

# Chaotic Is the Word
## For Diana Ross Bash

**By KIKI LEVATHES**

At Friday night's black-tie buffet for Entertainer-of-the-Year Diana Ross, side tables at the Tavern-on-the-Green were piled high with quiches Lorraine, steak tartar, stuffed cabbage, beef brochettes with peppers and mushrooms, prosciutto with pear and pineapple, artichoke bottoms with salmon-mousse, and deviled eggs filled with ham, red caviar, and liver.

Sitting at the round tables in the center of the room were a smorgasbord of a thousand people from the theater, recording companies, and agencies, press and businesses who were or might be advertisers in magazine (which was footing the $70,000 bill for the evening.)

### Seething Crowd

No one seemed to know anyone else and couples tended to cling to each other and look apprehensively at the seething crowd.

"It is parties like these that make you realize that large parties in New York have become obsolete," said a 50-year-old liquor company. "It is totally chaotic. Everyone is wandering around looking lost."



It's supreme moment as Diana holds award.

It took us 45 minutes just to check our coats."

A man next to him added: "It is mid-season Miami Beach lower Miami Beach."

### Published Speech

Only those in the main dining room saw or heard the presentation of the Entertainer-of-the-Year award at 11 to Miss Ross for her performance in the movie "Lady Sings the Blues."

This year no actor took on a greater challenge—to portray a living legend," said Cue publisher Edward Loeb, who vocal-istundertook to synthesizewhat they do with what someone else did —."

Miss Ross in a long flowing halter dress with pearls at her neck and wrists and a white gardenia in her hair a la Billie Holliday, received a standing ovation as she accepted the award—a framed Cue cover of herself. Her words, however, were lost because of a faulty microphone.

Largely inaudible, too, were songs sung by "Pippin" performers Ben Berrin and Lila Palmer. Midway through their numbers many simply gave up listening and began eating and talkin again."

### The Chic and the Lazy

Undoubtedly, those who enjoyed the party the most were the Broadway luminaries and the chic and the lazy who sat at tables surrounding the dance floor to be accessible to photographers. As the bright lights and television cameras passed by, they would perform —laughing, raising champagne glasses, kissing and fondling each other.

Howard Rosenman stroked Kitty Rawls' pace-boy hair and nibbled at her ear and rhinestone earrings. Princess Edward Egon von Furstenberg played with the beard of the man next to her (who may well have been the prince). Actor Jerry Orrbach at an adjacent table solemnly looked on.



"Pippin's" Lila Palmer and Ben Berrin came to sing.

Ethel Merman, Huntington Hartford, Dany Kay's daughter Deana, and Jane Alexander of "6 RMS RIV VU" were less obviously there.

Claude Picasso, son of the artist and an aspiring cinematographer, with his girlfriend, model-actress Carol Mallory, were enchanted by Diana Ross and the evening.

"I'm just speechless," said Picasso. "I love her. I am all for women's liberation. It is women like her that should be put on a pedestal and worshiped.

### Albertson Attends

One of the Sunshine Boys, Jack Albertson confessed that this was one of his rare nights out in New York. He finds Neil Simon's play so demanding that he just goes home to bed after performances.

His pretty 19-year-old daughter, Maura, who envisions herself as a young Rosalind Russell, has just come to town to study acting with Herbert Berghof.

Producer Morton Gottlieb one of the few who mingle and met people at the party is working on a musical of "Enter Laughing" scheduled to open next October. The lead have not been picked and he plans to hold large auditions to find an unknown.

At the stroke of midnight, like fearful Cinderella, the celebrities departed, but the party continued to early hours of the morning.



...of "The Sunshine Boys" and Carol Mallory escorts Claude (...

THE SELLERS MARKET (CONT.)

# ّoung Picasso's

# ِirl Carole



_..el ِ.ّ.ّ..ary and recent friend Picasso_

# ِinds a friend

# n Sellers

HE overworked
do of Peter Sel-
, 49, has propelled
into yet another
burst of love
ing his Califor-
n sojourn in the
mantic ambience
. .iy Hill

ِter meeting the e-
on beside the sw..
g pool of the loca
l, New York fashion
o.el Carole Mallory ..8,
become the sole
..ct of his overwhelm-
g affections.

They have become in-
rable and Sellers pay-
court only a week ago,
ِt revealed, to Susan
ِrge and Liza Farringer
as declared : 'She is a
aly divine girl.'

ِrunette Carole, who is
ِempting to establish a
ollywood career and has
n rewarded by a fleeting



_Sellers : 'Really divine_

role in _Funny Lady_ ha. ..n't
been short of famous escor.s

Her most recent boy friend
was Claude Picasso, 27, the
illegitimate son of the legen-
dary artist. The French courts
granted him £5 million from
Pablo's fortune last year.

Carole has also been a close
companion of producer Sy
Litvinoff (of _A Clockwork_

# https://www.vanityfair.com/

# The Night Mike Nichols Took Me to Meet Jackie O

BY

CAROLE MALLORY

NOVEMBER 20, 2014 2:48 PM

Courtesy of Carole Mallory.

In the early 70s, I had the honor of dating Mike Nichols. It was long before he met and fell in love with the beautiful Diane Sawyer, and in no way is my remembrance meant to take away from the love he had for her. But I feel sharing a historic moment about him is important, and, sadly so, newsworthy, after his passing.

At the time I was dating Claude Picasso, Pablo's son, who had moved into my apartment on our first date. He was going through a divorce and so was I. One day he announced he was going to Paris to do an article on Chagall, and would be staying with his wealthy Grandmother Gilot in Neuilly. "Cherie, I won't be long. Hold the fort," he said as he tapped me on the bum.

9

I was miffed. He did not invite me, and I was not running a hotel. A top model at the time, recently photographed for the covers of *Newsweek, Cosmopolitan, New York* magazine, I was enjoying life in the fast lane. At a party, I met Buck Henry, who introduced me to Mike Nichols. Claude's stay in Paris seemed like an eternity, and I had no word from him; meanwhile Mike had invited me to lunch at the Russian Tea Room and to several dinners. Over dinner one night, Mike said, "Would you like to come with me to a party Jackie Onassis is giving for Ari at El Morocco?"

"Of course," I said. Mike picked me up in his limousine and off we went. I wore a floor-length black gown from Norma Kamali with a Mongolian lamb coat draped over my shoulders. Press lined the entrance and *Life* magazine snapped our photo. As a cover girl, I was used to being photographed, but not by paparazzi. "They'll all be here," Mike said in his slightly edgy tone.



Courtesy of Carole Mallory.

I was nervous. Mike had a calm about him and a presence that reassured me and reassured all who came into his life. He was always most cordial to the waiters, the maître d', the cab drivers, etc. They all treated him with utmost respect. His wit was his greatest gift, along with his astute observation of life and sense of irony illustrated by his films. My favorite was *Charlie Wilson's War*, written by Aaron Sorkin, a 2007 drama based on a Texas congressman Charlie Wilson's covert dealings in Afghanistan. Mike chose material that was important. Had value. Had a message. Even if sometimes that message was only to laugh, which he accomplished with *The Graduate*.

When I was with him at dinner, he made me feel special, beautiful, and intelligent, not like an object. Given my line of work, many people looked at me and through me, but did not listen to me. Mike Nichols listened to me and made me feel he cared and that I, indeed, had something to say. Mike was the essence of respect. And he was great fun.

When we met Jackie O in the long receiving line, she curtsied and reminded me of a giant swan. When she shook my hand, she looked into my eyes with a laser-beam-like focus that made me feel she cared, though we had never met, and that I was the only one in the room. It was apparent that she was a woman who knew what she wanted and could confront with a calm and a poise that stopped traffic. You did not mess with Jackie O. Or Mike Nichols for that matter. But why would one want to?

After the dinner, Mike invited me to his apartment in the Beresford, where we met Jack Nicholson for a drink. Laughs were shared and a good time was had by all. When I returned to my apartment at 333 East 69th Street, I was happy Claude had stayed in Paris so long, but when he returned, I was also happy to be with him and we became engaged in 1973. He never left me alone in New York again. So much for how to train a Picasso.



Mike Nichols & Carole at
Anniversary Party for
Jacqueline Onassis
at El Morocco published
in LIFE MAGAZINE
about 1972

13

33 w 67 claude address nyc

1/11/2018

From: carolemallory <carolemallory@aol.com>
To: carolemallory <carolemallory@aol.com>
Subject: 33 w 67 claude address nyc
Date: Thu, Jan 11, 2018 1:32 pm

# Behind The Scenes: 33 West 67th Street

3.74K

 Josh
03/22/07 03:30PM  Filed to: REAL ESTATE



You know how they always say people in New York get things for cheap if they have the right name? The NYT Real Estate section proudly boasts of a long-in-the-making bohemian transaction at 33 W. 67th street—Claude Ruiz-Picasso, son of guess-who, shelled out 3.25 million for a 4BR, 1.5 bath co-op in a Lincoln Square "artist" building. Up until then Ruiz-Picasso, the article wryly notes, still lived with his mother, Fran oise Gilot-Salk, one-time mistress of the greatest 20th century painter and wife of the greatest 20th century scientist. It also notes Ruiz-Picasso will be living above Tommy Brokaw, who bought a 3rd floor apartment from the estate of Barbara Epstein for $3,267,650. But, strangely, no mention is made of Arnold Newman.

Why, that's Arnold Newman, the former occupant of the Picasso apartment, portrait photographer and friend of the Picasso family, whose widow sold their apartment to Ruiz-Picasso at 15% below the asking price. Newman, who died last year, befriended Picasso, Stravinsky, Dali and others whilst working as a photographer both in New York and Miami. His last major exhibit was at the Corcoran Art Gallery in DC in 2000, a gallery founded by none other William Wilson Corcoran, (perhaps? God we hope so!) a distant relative of Barbara Corcoran, founder of the Corcoran group who sold the place. See? A diagram!

14

APPENDIX B





## Kinetic space



# COSMOPOLITAN

April 1971 • 75¢

Dr. Reuben,
Who Told You
Everything
You Wanted to
Know About
Sex in His
Best Seller, Now
Gives Daring
Advice for
That Inquisitive,
Sexy Cosmo Girl!

Faye Dunaway
Went Thataway

What You Must
Know About
Health Foods—An
Authoritative Guide

That Brief (Maybe
One-Night)
Encounter with a Man—
A Surprising
Defense of It

How Your Attitude
Toward Money
Makes or Breaks Your
Marriage—By
Nora Johnson

"Mau-Mauing the
Flak Catchers"
From the Fantastic
New Book
by Tom Wolfe

Superb Suspense
Novel by
Ramona Stewart
Plus an Excerpt
from The
Season of
the Witch,
the New
Novel by
James Leo
Herlihy,
Author of
Midnight
Cowboy

"stroke me
and
I'll purr"

Want a
"LOVEY"
T-shirt?
See Table
of Contents
Inside

Marvelous Marv and Mario, by Jimmy Breslin
Uptight in Riverdale, by Fred Ferretti
Giants Coach Alex Webster: New Hope or No Hope?

OCTOBER 6, 1969

40 CENTS

# New York

How the
New York Times
Covers the
Beautiful
People.

APPENDIX D

*Picasso's Ghost*

...what am I going to do?' Then once I overcame the technique and assimilated it, I was free and just pssssst--I'd take pictures."

"Now photography's not enough. You don't say enough with a photograph. You say a lot of nice little thingies, but I have a lot to say about. I'd like to express myself more elaborately."

Claude had a problem with humility, and he was insecure. He was always trying to overcompensate.

One night after Claude and I had been together a few months and he was in France, I had dinner with Mike Mangano, an art director with the prestigious advertising agency, Doyle, Dane and Bernbach. Mike had employed Claude to assist him filming commercials. Mike recalled the shock and amazement he felt when he learned Claude's last name. Claude had been working as a gofer,  getting various items needed for a shoot, doing odd jobs, and generally running around like an errand boy. Mike couldn't understand why Claude was doing this kind of work.

Since Claude was the son of a genius, Mike told me, he couldn't believe that he was doing something so menial and uncreative. Unfortunately Mike expected Claude to be artistic as did most of the world and foremost Claude himself. Claude was haunted by the need to compete with his father or live up to people's expectations

I understood Claude's difficulty getting work. I knew a lot of it had to do with his last name and how people liked to test him and even humiliate him because they resented his fame. At least that was how Claude viewed his troubled work history. People were constantly comparing him to his father. Mike Mangano had also expressed his surprise that Claude was so poor with such a rich father. I looked the other way and supported us.

After my marriage to Ron, I was used to this role. Ron needed money to buy mercury and other expensive supplies for his art. As I believed in his talent and his art, I had earned the money in that relationship as well. In 1972 Ron and I divorced.

While Claude himself was without money, his mother was wealthy, but only gave him a few hundred a month to live on. But maybe it was Picasso who gave him this money. I never learned

31

*Carole Mallory*

Claude's career as a photojournalist had been a struggle to get assignments from the *Saturday Review*, *Brides* magazine and *Vogue*. Shortly after we met, he had a show of his photographs in New York. It illustrated a fantasy of his. The photos were of a red-headed woman with freckles all over her naked, childlike body. She was surrounded by dwarves and a stuffed bird with a huge beak. The critical reception was lukewarm.

Claude had worked for a while as an assistant for Richard Avedon.

"Photography was very easy," Claude told me. "I had immediate results, satisfaction. I felt like I was somebody. I was a photographer."

When Claude photographed me, the pictures were good, and I put them in my modeling portfolio along with my magazine covers. I felt they were worthy of inclusion with the photos of the top photographers for whom I had worked.

"Why did Avedon hire you?" I asked one day.

"I'm not really sure. When we met, we went to a coffee shop and he said I was getting to a very nice place with him. 'You will have to work very hard,' he said."

"I said, 'I didn't come here on holiday.'"

"Then Avedon said, 'We are all friends in this studio. I want you to be on the photography set with the models and magazine editors so that you learn. You can say anything you want. We all discuss everything.'"

"So I said, 'Cool. That really sounds incredible.'"

"I went on the set the first day. There was a *Vogue* shoot. I said, 'Could I look through the camera?'"

"I looked and said, 'Hey, man, that's no good.'"

"Avedon called up the studio manager and said to get me off the set. I was thrown off the set. I never got out of the darkroom again.

"Avedon was pissed because the minute I came in I showed him photographs of his that were printed like shit. Then I showed him photographs of mine that were absolutely incredible. Then I had to relearn everything, but it destroyed me to have to learn the technique. I was fucked up with technique. I was always thinking

30

*23*

APPENDIX E

24

KARL LAGerFeld wedding dress From CHEZ CHLOE



Label inside wedding dress



APPENDIX F

From **the Picasso Mystery The Guardian.** By Kim Willsher in Paris Dec 3 2010

"Both Claude and Paloma were estranged from their father at the time of his death. When Gilot wrote a book about her turbulent relationship with the painter, **Picasso disowned her and both their children**. After he died Claude and Paloma applied to the French courts for recognition as his descendants and heirs. A legal ruling was made allowing them to adopt his surname. **"I wish you were dead," he is reported to have told Claude the last time he saw his son."**

28

APPENDIX G

*Picasso's Ghost*

_____

"Over my d-dead body," Claude said. "He hated Spain. Bet she is to do a deal with the government for a museum. Let's go to Vauvenargues."

Without hesitation Claude, Paloma, and Maya decided to drive to Château des Vauvenargues in an attempt to bid farewell to their father. However, Jacqueline Roque, Picasso's widow, was now in charge of where he would be buried. Of Picasso's seven castles, Château des Vauvenargues was the most austere.

The radio was our only means of knowing what Jacqueline might do. It was our only means of communicating with the dead. Paloma, Maya, Claude, and many of Picasso's friends blamed Jacqueline Roque for Picasso's banishing his children from his life as well as his hermitical existence in his later years.

While visiting Cannes this past winter, Claude and I had passed Jacqueline on the sidewalk. She nodded to me as she walked by, but then she quickly walked on. Like her portraits she was plump and quite plain with black hair combed tightly into a chignon. I thought she was beautiful. Carrying a large straw basket, she was mild-mannered and cordial to Claude, who was equally polite. They exchanged a *bonjour* as only the French can do, while beneath this facade of politesse ran decades of hatred because it was believed that she was the woman who had turned Picasso against his own children.

"I knocked her out unconscious once, supposedly j-joking," Claude told me. "My father thought it was very funny. But I meant to, you know. There was a wrestling match on TV and I said to my stepmother, 'Ha ha. You should have seen what this guy did to the other one.' And I, WHAAA! in the face. I didn't mean to, but I actually meant to, you know, and I flattened her out."

Perhaps Claude's violence towards Jacqueline had influenced her decision to keep Picasso from Claude.

Shortly before Picasso banished Claude, Claude had acted out in a variety of ways to get his father's attention. One way was to demand Picasso's limousine to drive Claude to rock concerts. Around the same time, Françoise was often too busy with her painting to be with her son.

69

30

APPENDIX H



Claude Picasso in our apartment — though it was my furniture & art. — Breaking up. —

Dr. Jonas Salk, Françoise Gilot + Peter Salk. Madame Gilot — Jonas Salk — Françoise Gilot's

in our apartment in N.Y.

Françoise Gilot was Pablo Picasso's mistress. Claude Picasso
was their SON. Later Françoise Gilot married Dr. Jonas
Salk. In 1973, Claude asked me to be his wife.
Françoise Gilot and DR. Jonas Salk were going to be
my in-laws. In 1975, Claude Picasso jilted me

IN OUR Apt in NYC in the Sovereign — 1975. My Furniture and
my possessions.

APPENDIX I

33



Carole Mallory is second Stepford Wife from the left.

Her name was Kit Sunderson

EXHIBIT J

LOVE LETTERS FROM CLAUDE PICASSO PROVING WE WERE ENGAGED.
HE WRITES, "GOOD MORNING MY DARLING MY FIANCEE" THEN
DISCUSSES WEDDING AND HONEYMOON PLANS IN LETTERS

35



Good morning, my darling fiancée
Such long days since you left — long without you —
empty days without mysteries or joy — Days one
even the & other — I have no one to love

-2-

I will be the best husband you ever will
have had - I will cuddle you through
our life which is opening up now - We will
try and forget about details - I know
it is painful not to be together but it is
always good for me to sit and listen to
music and read for hours and days
without any interruption - To let myself
so since you left I think I have read
five books - This does not mean I
could not do it with you it is just the
way I feel you know I like to stay in
and do these things - But you always
set on your own nature and you want
to keep moving but you should miss
out on something - You never miss
anything in peace - The enchanted
hour like sitting down and writing you
with Mozart on the radio feels as
good as eternity, I feel almost transp...
towards you in mid-atlantic and
you are only just waking up - put
on an awful blue jeans and din...
shirt, to walk... in the...
of course it is difficult for you to

Dear Carole,

— I AM SORRY —

I AM SORRY

I AM SORRY

I AM SORRY

Is it because you were so loving yesterday
that I can't be a little late — I am sorry
should have called you myself — you
not give anybody a chance —

I am Sure one day you'll understand my anger. Today unfortunately I had no patience and I am sorry about it it is not one time it's another I seem to always have to worry about something. For once I was rejoicing with some people close to my heart and opening up my heart and I am so happy I am and now it is to talk to you. And now happy you make me and now we can see it without me telling them. I was sharing my dreams and happiness with friends (which I don't think I had) I was riding in cheer bliss coming back to my life and all and I can understand you. But can I ever understand you. But can I at least receive the time to talk and I got to take the time to listen — We were never ones for talks on anything but since they are depressing I rather keep them. Fuck you —

I love you as ever and usual —

39

-2-

I will be the best husband you ever will
have had - I will cuddle you - through
our life which is opening up now - We will
Try and forget about details - I know
it is painful not to be together but it is
always good for me to sit and listen to
music and read for hours and days
without any interruptions - To let myself
So since you left I think I have read
five books - this does not mean I
could not do it with you it is just the
way I feel you know I like to sit in
and do these things - But you always
set on your own nerves and you want
to keep moving lest you should miss
out on something - She never miss
anything in peace - The enchanted
hour like sitting down and writing you
with Mozart on the radio feels as
good as eternity, I feel almost happy
towards you in mid-Atlantic and
You are only just waking up - put
On an awful blue jeans and din
slither to walk Express in the sn
Of course it is difficult for you to
and und... to 40 1 +...

40

– 2 –

of next week — I went to see two movies
which weren't very good including Matizia which
is not good except for photography — I only
saw half of it — In the meantime I was
busy with Verdeil and Bredin and Paulo
and reading books to get ideas to talk about
with Jean-Claude Brisely — Saturday we spent
most of the day with Françoise and Chan
looking for jewelry we saw fabulous stuff —
especially something we all fell in love with
(one detail $10.000) a pearl and rough emerald
necklace — Anyway we will prepare you a little
surprise —

Andréa's party was nice with people just our
age and light but nicely interesting — You
stayed only a little while she had to work —
I wonder how you and Bo press are taking
the NYU again — I miss you both especially
being in Paris will tell all about + same
about me if I write etc. please give my ...
41 ...

— 3 —

miss Express — and she said what do you mean Express
No He's only a dog, candle yes!, with one
of his paws —
   This afternoon I will go see Barbara to collect
some of my photos and a few programs —
and hello to her Then I'll go to see Brinkly
I wonder what'll come of it — if anything —
How are your parents? and everybody else
Sweet darling what are you doing? I want you
to tell me to hear your voice to hear you sing,
to cover my shoulder blade — I miss you
Carolette — I love you — so — I love

         your Claude —

in the future - Because of your past - what
about mine - Because time is passing by -
Have faith in me time has almost stopped we
are with each other in a cloud of happiness
Traveling by the force of sunrays suspended
by the tears of warm angels in a limbo
of our own peace and charming each
other with skies of orange, golden,
pink chartreuse love in sandal
wood frames shaped as german
XVIII century hearts with wings
of platinum and a thousand
suns comets shining on it
all like a blooming orgasm -
Oh how beautiful you will look all pink
soon in June - And soon afterward
with a round belly creating for us a
new life and a little arrow into eternity
a very happy child with beautiful
happy parents - What other reward
can life afford us - My love - mon
amour, ma chérie - Mon amour
          A tout de suite
              Claude -

                  43

I think to Note could make big difference to set price - Pull publicity ⚡ Reference loset price - Pull publicity

# select gathering blabla - no photos though - This would allow you to be a nasty situation that I see coming

Another thing I did not understand because of ~~xxxx~~ misspelling what Janice said - We were on were they to pay to party at their place - Please clarify - Seems to me we have to content with and enough rooms on our hands as it is -

Where for honey moon pink langue I can't think Summer is awful every- where crowds - Marocco still possible Marakech Mamounia very hot - but not unbearable - air cond and swimming pool - otherwise Tunisia Turkey delight - Bali a bit far Anything you like except Venice Italy, France, Spain as far as I concerned -

love you for evermore miss pink love

1. full of muriel                    Saturday —

(5)    Carole.

Just got your letter from Sunday - Monday —

Apt sounds good. and you too — I am not so sure

about Halina and the wedding business

I was under the impression that we were going

to have it later Who August - Sept. Whatever

happened I hope we can swing it - since

from there things are becoming more precise

by the minute and necessitate my full

attention and concern as well, and most

as my initiative - Intricate dealings

with Playa on the one hand and start

the inventory and photographing on

the other plus a film footage I wrote

so how everything is lying around

at present before it is all broke

up and organized — I must record th

flea market before anybody gets

portinty and Art's sake for the

future — And thus it all seems t

be falling at ... just of the 14

Aug 11

Aug 17

1  x

Sept. 15

MURIEL

over ⟨ June 30

45

- 2 -

[illegible] wanted

[illegible] everything

14th July - you might as well stay

since I'll be spending day in day out in

a Room with Vandeis and co. organizing

the wedding. and we might pick you out of Per Dain to

Halina wants you out of [illegible] and so forth

[illegible] # [illegible] I'll say OK to [illegible]

while we're away - I [illegible]

[illegible] That's it. (Have you thought of

[illegible] Mexico and Rubby) - [illegible]

when can I'll show in for a long week-end

in the middle [illegible] so I can

bring some money in and settling

straight I'll also apply for the

marriage license and [illegible] that

so we'll see each other - Seems to

me a reasonable way of functioning

Anyway when is movie over? is it going

yes according to schedule? Can we plan

check today your freedom on or about (30th) [illegible]

movie on time We'll be better able to judge from that

standpoint - Send phone # as soon

as possible - Lease went straight to

46

Ann Schaefer [illegible]

Phrio ?

Thuel Frizon shoes situation all around fuck up. Don't know who started do - Say could watch not suede to leather + my foot! Suede is opposite side of leather - Frizon jerking me around - Saw same shoes as regulars available in store - Should R set lawyers after them -

Re-read your letter: If you are going to have ample food use Le Notre -
Le Nôtre = French fancy food not garbage american catering whole point -
Also knowing Halina she'll fucking well cook the bloody ~~thing~~ ample things th is is Catch-22 and also why Tony who knows her is understandably so - I said she would cater and so it'll be - Bessa if Le Notre impossible could maybe handle up to you to handle and are the questions don't DO NOT lean it all to Halina - let her worry about balloons plenty sufficient I don't all the girls to start fussing like they Must have cake from Bessa or Le Notre 4 with - CP + CP for ever or much like

in the future - Because of your past what
about mine - Because time is passing by?
Have faith in me time has almost stopped we
are with each other in a cloud of happiness
Traveling by the force of sunrays suspended
by the tears of warm angels in a limbo
of our own peace and charming each
other with skies of orange, golden
pink chartreuse love in sandal
wood frames shaped as german
XVIII century hearts with wings
of platinum and a thousand
suns comets shining on it
all like a blooming orgasm -
Oh how beautiful you will look all pink
soon in June - And soon afterward
with a round belly creating for us a
new life and little arrow into eternity
a very happy child with beautiful
happy parents - What other reward
can life afford us - My love mon
amour, ma chérie - mon amour
          A tout de suite
                Claude -

48

Carole.

29. So I won't really! So you don't have to worry anymore. How does it feel? Yes really I don't know — I found no one to talk to write with. I ran out of petrol in my mother's car and it became very late & went to sleep. Today Paola asked me to be photographed with Tish to show that we are best of friends mother. Isn't it marvelous! So tomorrow we go and show off at a opening of Juan Gris Tish and I — Today though I was on the train on the way back from burying Luc's father — He died 3 days ago beautiful cathedral many people — I was on the front page of every French paper and British — Tomorrow I photograph Yves Montand in Coulommiers (where con...

I am happy? I don't know what to do with It's been a long time coming I feel wanted — And at the same time I feel like I wildly photograph directing. I feel like I can do anything and everything will be OK. I don't have to think $00 less so pretty culture ...

49.

Ran free now. Ifeeln. The papers
say at the minimum I should have
6 million $ — What for, I have
nothing — It's much more especially when
I take over the family I will too —
The little fuckers are going to see —
I am going out of my head because I cannot
express to anyone how I feel. Nobody
can understand about the LONELIHOOD
and FREEDOM The way I see LIBERTY
my darling I can't talk I need your.
body your ass tits ears give yourself
to ME give the whole all thing
like give you a she —
I am sinking a little more in
your inside Now with all my
wealth you cannot resist me anymore
you have nothing to hold it
fulfill all the requirements —
breaking your dad's balls —
THIS is all over

50

- 2 -

Unfortunately I think the only thing that we didn't really work out very well is the New York situation since I think it'll be a while until I get back there — We'll see — So much to do —

I hope you all is well, I'm well and bells are ringing for the rising of Christ Almighty — And I can't raise my zizi for you have what a pity — Anyway I'll have to go and have it checked —

I love you

Jando.

51

APPENDIX K

*Picasso's Ghost*



After a sleepless night filled with packing and tears, before boarding the plane, I asked," Claude, could I have the $3,000 I lent you?"

On the way to the airport he stopped at a bank and threw the money at me. "Here, shove it up your cunt," he said.

Tutu and I boarded the first plane and did not look back. Tutu did not whimper when I took him from Claude's arms. I cried the whole way home. I never wanted to return to Paris. (And never have.) At that moment, I could not remember having been this sad. Ever. My world had caved in. Collapsed. My plans of becoming Madame Picasso had disintegrated. What would my father say? He had wanted to be a Rockefeller. I had thought becoming a Picasso was a close second, but I had let down the man I had loved the most. I would be a failure in my father's eyes. In my family's eyes. In my friends' eyes. In all of New York's eyes. Rather than face the humiliation of telling everyone that I had been jilted by Claude, that Claude had refused to set a wedding date and no longer wanted to marry me, I told everyone that I had left him. My ego and my pride soared. Even during tragedy. Especially during tragedy.

I clutched Tutu and was grateful that I had taken him. How wonderful that he had wanted to come with me. He didn't want to be kicked by Claude anymore, and neither did I. All that money was not worth abuse. I had felt like Claude's slave. The good thing about this whole experience was that I learned being rich does not guarantee happiness. I didn't feel rich. I could have had any material possession I wanted, but I felt poor. I FELT POOR.

Nothing I could have bought would have given me my self-respect, which I regained when I refused the millions that now obscured his love. He had no love. He was in love with power. The abuse power that money can buy. This false power destroyed all of his loving feelings. My father had tried to kill himself and needed me, but instead of comforting me, Claude drove a stake through my heart by allowing me to go home without asking me to return. Without caring about my father's suffering. He had feigned to care about my father when we had been in love. When Claude needed my money. Now these loving feelings for my father had been buried

113

*53*

APPENDIX L

54

Françoise Gilot
260 Fifth Avenue, #10-S
New York, N.Y. 10001

Dec 9th 1984

Dear Carole,

Your letter finally reached me here in New-York and it moved me and pleased me to hear such good news of you, to know that you are active and concentrating on your creation

My mother is still alive and recently she came out of a car accident (I meant a car against her, on foot) all black and blue but miraculously without even one broken bone — I'll write her that I had good news from you and she will be very happy —

We are all spending more time in New-York now — Jonas comes and goes, still very busy — Aurélia

managing circumstance ... ... ...
very hard —

I am glad that the Xmas
season gives me the opportunity
to send you my very best wish
for success and personal happine
We must all be future-oriente
remembering sad events in the past do
not help the wounds to heal — With
all your beauty, your charm and
your talent the sunny side of life
is still ahead of you — You hav
learned a lot from past experienc
and now you can be really creat
since all creation stems from the
hearts knowledge — of all human fe
as well as from the intelligence and
the spirit — Trust yourself, you have inner
one day you will astonish yourself a
us all — (And I shall be very pleased a
proud of you that you were able t

56

APPENDIX M

Family Law > Family Law Keyed to Weisberg > Alternative Families

# Marvin v. Marvin

Search

Table of Contents

Add to Library

Law Dictionary

Print

Note Pad

AA

Font size

**Citation.** Marvin v. Marvin, 18 Cal. 3d 660, 557 P.2d 106, 134 Cal. Rptr. 815, 1976 Cal. LEXIS 377 (Cal. 1976)

**Brief Fact Summary.** Plaintiff and defendant lived in a nonmarital relationship, with an oral agreement to share equally all property accumulated. Upon dissolution of their relationship, plaintiff brought suit to enforce the oral agreement.

58

**Synopsis of Rule of Law.** The California court found that partners in nonmarital relationships may bring claims for property division based on both express and implied contracts.

**Facts.** Plaintiff and defendant lived together for seven years without marrying, with all property acquired during this time taken in defendant's name. Plaintiff avers that she and defendant entered into an oral agreement where the parties would combine their efforts and earnings and share equally all property accumulated as a result of their efforts. Plaintiff agreed to give up a lucrative career as a singer and entertainer and assume the role of homemaker, with defendant agreeing to provide for all of plaintiff's financial support. Defendant compelled plaintiff to leave his household in May of 1970, and continued to provide support to her until November of 1971. Thereafter, he refused to provide further support. Plaintiff brought suit to enforce the oral agreement, claiming that she was entitled to half the property and to support payments. The trial court granted judgment on the pleadings for the defendant.

**Issue.** Did the trial court err in granting defendant judgment on the pleadings?

- Previous
  - 1
  - 2
- Next

59

## A. Introduction: *Marvin* Claims May Be Very Valuable.

A lawyer practicing family law in California must have a working familiarity with the right of nonmarital partners to enforce express or implied agreements for support or property sharing, as set forth in *Marvin v. Marvin* (1976) 18 Cal.3d 660 [134 Cal.Rptr. 815, 557 P.2d 106].

A *Marvin* claim is not extinguished by marriage. *Marriage of Stitt* (1983) 147 Cal.App.3d 579, 584 [195 Cal.Rptr. 172]. Accordingly, since every married couple dated and/or lived together before marriage, every dissolution proceeding presents the possibility for assertion of a *Marvin* claim. The client's *Marvin* claim may be as valuable, or even more valuable, than his or her rights arising from the marriage.

For example, if the marriage is short and a long period of spousal support will not be ordered, a *Marvin* claim could result in additional support. However, such a claim must be brought in a separate civil action, since the court cannot simply "tack on" the period of cohabitation in determining the length of the marriage. *Marriage of Bukaty* (1986) 180 Cal.App.3d 143 [225 Cal.Rptr. 492].

Similarly, if the parties pooled their earnings prior to marriage, the client may have an interest in what would otherwise be the separate property of the other party. That interest cannot be enforced in the dissolution proceeding; it too must be brought as a separate claim. *Marriage of Johnson* (1983) 143 Cal.App.3d 57 [191 Cal.Rptr. 545].

Even if the marriage was a long one, counsel should not assume that potential *Marvin* claims predating the marriage are no longer viable. The statute of limitations will only rarely apply when a *Marvin* claim is filed shortly after a married couple separates, since the cause of action generally does not accrue until separation. *Kurokawa v. Blum* (1988) 199 Cal.App.3d 976, 989 [245 Cal.Rptr. 463]; *Estate of Fincher* (1981) 119 Cal.App.3d 343, 352 [174 Cal.Rptr. 18]; *Whorton v. Dillingham* (1988) 202 Cal.App.3d 447, 456 [248 Cal.Rptr. 405]). Moreover, "the statute of limitations does not run as between a husband and wife during the continuance of the marital relationship." *Marriage of Frick* (1986) 181 Cal.App.3d 997, 1015 [226 Cal.Rptr. 766].

## B. Distinctions between Marital Claims and *Marvin* Claims

The Supreme Court in *Marvin* expressly declined to treat unmarried cohabitants like married persons, overruling two prior decisions of the Court of Appeal which had applied the Family Law Act to unmarried cohabitants. (*Marvin, supra,* 18 Cal.3d at 681, overruling In re *Marriage of Cary* 34 Cal.App.3d 345 [109 Cal.Rptr. 862] (1973) and *Estate of Atherley* 44 Cal.App.3d 758 [119 Cal.Rptr. 41]) (1975).) Accordingly, the family lawyer must keep firmly in mind the primary distinction between family law proceedings and *Marvin* claims. A spouse's right to support or property arises from the spouse's status as a married person, and nothing more

is required. On the other hand, a nonmarital partner's right to support or property is dependent upon the existence of an express or implied contract or some other legal or equitable basis for the claim, as set forth in *Marvin* and its progeny.

For more information about the substantive law, see California "Palimony" Law -- An Overview.

## C. Initial Client Interview: Questions.

When conducting the initial client interview, counsel should ask questions designed to elicit the nature and extent of the parties' relationship before marriage, including the following questions:

1. Did the parties live together?

2. Did the parties jointly contribute to the purchase of any property?

3. Did one of the parties support the other?

4. Did one of the parties perform valuable services for the other?

5. Did one of the parties perform valuable services for the other's company or employer?

6. Did the two people work together to create or enhance anything of value?

7. Did the parties have any express agreement regarding property sharing or support?

8. Did the parties have any tacit understanding regarding property sharing or support?

## D. What to Do if Facts may Give Rise to *Marvin* Claims.

### 1. Decide Whether and How to Handle Claims.

In every dissolution proceeding counsel should consider filing a *Marvin* action, especially when representing a party who is economically dependent on the other party. Where the client interview indicates that the client may have a *Marvin* claim, and counsel is unfamiliar with the terrain either procedurally or substantively, counsel must consider carefully how to handle the situation.

One option is to refer the entire matter to counsel who has had experience with *Marvin* claims. Another option is to associate with experienced counsel; for such an association to work well, counsel must carefully coordinate their strategies and actions, and must specifically delineate who will take responsibility for each task. The attorney without experience in bringing or defending *Marvin* claims should consider at least consulting with experienced counsel, particularly with respect to discovery.

## 2. File *Marvin* Claim as a Separate Civil Action.

A *Marvin* claim must be filed as a separate civil action, since trial courts in divorce proceedings do not have initial jurisdiction over *Marvin* claims arising out of premarital cohabitation. *Marriage of Johnson* (1983) 143 Cal.App.3d 57 [191 Cal.Rptr. 545]. *Marriage of Buford* (1984) 155 Cal.App.3d 74 [202 Cal.Rptr. 20].

## 3. Include all Applicable Legal Theories.

The following are the primary legal theories -- all mentioned in *Marvin* -- which are available to a *Marvin* plaintiff:

a. **Breach of express contract (or declaratory relief regarding express contract);**

b. **Breach of implied contract (or declaratory relief regarding implied contract);**

c. **Implied partnership or joint venture;**

d. **Quantum meruit;**

e. **Imposition of constructive trust** (see *Nelson v. Nevel* (1984) 154 Cal.App.3d 132, 139 [201 Cal.Rptr. 93]);

f. **Imposition of resulting trust** (see *Padilla v. Padilla* (1940) 38 Cal.App.2d 319; *Martin v. Kehl* (1983) 145 Cal.App.3d 228, 238-239 [195 Cal.Rptr. 312]).

g. **"Additional equitable remedies."** The Supreme Court in *Marvin* stated that its opinion did not "preclude the evolution of additional equitable remedies to protect the expectations of the parties to a nonmarital relationship in cases in which existing remedies prove inadequate." *Marvin, supra,* 18 Cal.3d at 684, n.25. However, almost two decades later no such remedies have yet evolved, and there are several court of appeal decisions reversing attempts by trial courts to create new remedies. *Marvin v. Marvin* ("*Marvin II*") (1981) 122 Cal.App.3d 871 [176 Cal.Rptr. 555]); *Taylor v. Polackwich* (1983) 145 Cal.App.3d 1014 [194 Cal.Rptr. 8]; *Friedman v. Friedman* (1993) 20 Cal.App.4th 876 [24 Cal.Rptr.2d 892]; *Schafer v. Superior Court* (1986) 180 Cal.App.3d 305, 310 [225 Cal.Rptr. 513]. Still, in unusual situations counsel may wish to argue for unique remedies.

In drafting the complaint, counsel should include all claims which arguably arise from the facts. That said, counsel should be careful to ensure that every cause of action is supported by probable cause. If the defendant succeeds in getting even one cause of action dismissed by summary adjudication, the leverage the plaintiff hoped to obtain by bringing the *Marvin* claims could be reversed. The California Supreme Court has held that even one cause of action filed without probable cause may give rise to a claim for malicious prosecution, even if other causes of action had merit. *Crowley v. Katleman* (1994) 8 Cal.4th 666 [__ Cal.Rptr. __].

Counsel should also avoid alleging evidentiary facts, as opposed to ultimate facts, in the complaint. Including too many evidentiary facts in a complaint is bad practice because, among other things detailed factual allegations: (a) give opposing counsel a road-map to the case, acting as a sort of checklist for deposition questions and interrogatories; and (b) commit the client to one version of the facts before discovery has occurred, exposing the client to the risk of embarrassment or impeachment.

## 4. Decide Whether to Consolidate *Marvin* Action and Dissolution Proceedings.

Once filed as a separate civil action, the *Marvin* action can then be consolidated with the dissolution proceeding. *Marriage of Johnson, supra* 143 Cal.App.3d at 63; *Marriage of Buford, supra* 155 Cal.App.3d at 79 [202 Cal.Rptr. 20]. However, consolidation should not be considered an automatic next step, because consolidation may not be desirable in every case. There are several factors to consider in determining whether to consolidate the *Marvin* action with the dissolution, including the following:

**a. Impact on Jury Trial Right:** To the extent that the *Marvin* claim is an action at law (e.g., breach of contract) rather than one in equity (constructive trust), the parties will have a right to a jury trial on the legal issues. Cal. Const. Art. I, section 16; *Estate of Fincher* (1981) 119 Cal.App.3d 343, 351 [174 Cal.Rptr. 19]; *Connell v. Bowes* (1942) 19 Cal.2d 870, 871 [123 P.2d 456]. However, counsel should check to determine whether consolidation will affect the right to a jury trial, as the court may require a waiver of jury trial as a condition to consolidation.

**b. Judicial Officer Assigned to Case:** In deciding whether to seek consolidation, counsel should evaluate the idiosyncrasies and characteristics of the individual judicial officers in the departments to which the matters have been (or are likely to be) assigned. If the *Marvin* claim is going to be heard by a judge rather than a jury, it might be preferable (depending on which party counsel represents) to have the claim heard by a family law judge, since family law judges tend to be more "equity" oriented than technically oriented and are accustomed to making awards of support and property on a daily basis. A judge in a regular civil department, on the other hand, may have a more jaundiced view of *Marvin* claims. Counsel also should be aware that in some departments or courts, judicial assignments change annually. Therefore, be careful.

**c. Time Until Trial.** Depending on the court in which the case is pending, it may take less time to get to trial in the family law departments than the civil departments. This may be a very important consideration in a particular case. For example, where a long period of cohabitation is followed by a very short marriage, the supported party's best chance for support may be the *Marvin* claim, and that party may need to get to trial on that claim as soon as possible.

**d. Expense.** It is generally more expensive to have two lawsuits involving the same people rather than one consolidated lawsuit. Each Court will generally have its own procedures, conferences and deadlines, resulting in some duplication of work.

63

**e. Discovery.** Although discovery deadlines are generally the same in both civil and family law courts, there can certainly be differences between courts in how strictly those deadlines are enforced. Also, allowable discovery tends to be broader in family law courts, because family law judges are used to dealing with parties who have a fiduciary duty to provide full disclosure, and because in family law matters there is no privilege to refuse to produce tax returns. Family Code §3552.

**f. Attorney's Fees Reimbursement.** Consolidation of the actions may as a practical matter make it more likely that the *Marvin* claimant will obtain reimbursement of attorney's fees, because: (a) consolidation will make it more difficult to distinguish fees for the *Marvin* claims from fees for the family law proceeding and (b) consolidation may strengthen the argument that the *Marvin* action is "related" to the dissolution proceeding under Family Code §2030. (See discussion of attorney's fees below.)

**g. Existence of other Civil Claims.** One or both parties may have a number of tort claims against the other party. If so, other considerations may militate for or against consolidation.

**5. Carefully evaluate distinctions between spousal support and a *Marvin* claim for support.**

If the client has both a claim for spousal support and a *Marvin* claim for support, counsel should carefully consider the differences between the types of support when deciding which claim(s) to pursue or emphasize, and particularly when deciding how to characterize support provided for in a marital settlement agreement. Among the differences between the two types of claims are the following:

**a. Availability of support pendente lite.** In seeking pendente lite support, counsel should proceed by way of an Order to Show Cause in the dissolution proceeding; any attempt to obtain pendente lite support by way of a motion in the *Marvin* action will almost certainly be fruitless. See *Friedman v. Friedman* (1993) 20 Cal.App.4th 876 [24 Cal.Rptr.2d 892].

**b. Length of Support.** The length of an award of spousal support will generally be related to the length of the marriage. The length of an award of support pursuant to a *Marvin* claim will be determined by the terms of the parties' express or implied agreement.

**c. Amount of Support.** The amount of spousal support will be based on the supported party's needs and the supporting party's ability to pay. Family Code §4320. The amount of support pursuant to a *Marvin* claim will, like length of support, be determined by the terms of the parties' express or implied agreement.

**d. Modification of Support.** Except where the parties specifically agree to the contrary, spousal support judgments may always be modified on the ground of changed circumstances. Family Code §3591(c). However, in a *Marvin* action, if the parties' expectations regarding support are based on some standard other than need and ability to pay (e.g., a set monthly amount), a civil judgment for support based on those expectations may not be

modifiable. See *Dexter v. Dexter* (1954) 42 Cal.2d 36, 41-42 [265 P.2d 873] (provision for support in an integrated property settlement agreement is not modifiable).

**e. Termination of Support.** Unless otherwise agreed to by the parties in writing, spousal support terminates when a party dies or when the supported party remarries. Family Code §4337. A *Marvin* support award terminates in accordance with the terms of the parties' express or implied agreement and therefore does not necessarily terminate upon death or remarriage. However, it would be difficult to prove the existence of an implied agreement for support extending beyond death or remarriage, and an agreement for support extending beyond the death of the supporting party may violate the Statute of Frauds or Probate Code 150, relating to contracts to make wills. (However, the promisor may be estopped to invoke the Statute of Frauds; see <u>Defenses in *Marvin* Cases</u>.)

**f. Dischargeability in Bankruptcy.** Awards of spousal support are not dischargeable in bankruptcy. 11 U.S.C. §523(a)(5). However, support orders based solely on a *Marvin* claim are dischargeable. In *re James P. Doyle* (9th Cir. BAP 1986) 70 B.R. 106.

**g. Enforceability by Contempt.** Spousal support awards are enforceable by contempt. *Miller v. Superior Court* (1937) 9 Cal.2d 733, 736-737 [72 P.2d 868]. Although there is no case on the issue, support orders based on *Marvin* claims would almost certainly not be enforceable by contempt, since they are really just a form of "damages" in a civil action based on contract. See *Bradley v. Superior Court* (1957) 48 Cal.2d 509, 518 [310 P.2d 634] (husband's contractual obligation to pay 40% of his net income to former wife is not enforceable by contempt).

**h. Tax Consequences.** While spousal support is generally deductible by the paying party (Internal Revenue Code § 215), support paid pursuant to a *Marvin* contract probably is not, unless it can be characterized as a business expense (e.g., the supported party assisted in running the supporting party's business).

**i. Legal Authority for Support.** The legal authority for spousal support is contained in the Family Code. Although support is theoretically available under the holding of *Marvin*, counsel should be aware there is no reported case in California approving an actual award of support by the trial court. Noting this fact, the court of appeals in *Schafer v. Superior Court* (1986) 180 Cal.App.3d 305, 310 [225 Cal.Rptr. 513] stated: "Certainly we do not conclude that a nonmarital partner will never establish a right to support based on implied contract. It is clear, however, that unlike the situation in family law matters, there has been no routine awarding of support in *Marvin* cases." Given the lack of California authorities, counsel should consider citing *Kozlowski v. Kozlowski* (1979) 80 N.J. 378 [403 A.2d 902], a New Jersey decision upholding an award of support in a *Marvin*-type case.

**6. Seek an Award of Attorney Fees.**

Attorney's fees are available in family law actions according to need and ability to pay. Family Code §2030. Fees are generally not available in civil actions in the absence of a specific agreement to pay attorney's fees. Code of Civil Procedure §1021. However, Family Code §2030

provides that attorney's fees are available "as may be reasonably necessary for the prosecution or defense of the proceeding or any proceeding related thereto." It has not been decided whether a *Marvin* claim qualifies as a "related proceeding" but a strong argument can be made for such attorney's fees based on the holdings of *Marriage of Green* (1992) 6 Cal.App.4th 584 [7 Cal.Rptr. 872] and *Askew v. Askew* (1994) 22 Cal.App.4th 942 [28 Cal.Rptr.2d 284], both of which held that the husband's separately-filed civil claims were "related" to the dissolution action for purposes of awarding fees to the wife. But cf. *Marriage of Seaman & Menjou* (1991) 1 Cal.App.4th 1489, 1499 [2 Cal.Rptr.2d 690], holding that dependency proceedings were not "related" to dissolution proceedings under the facts of the case.

## E. Conclusion: Carefully Evaluate Client's Potential Claims.

Family lawyers who are otherwise unfamiliar with civil litigation may have to change their mind-set and approach to dissolution proceedings in order to deal effectively with *Marvin* claims. However, to protect the client's interests the family lawyer must make evaluation of the parties' *Marvin* rights a routine part of the handling of every dissolution proceeding.

*The information on this Web page is based on California law. It is not legal advice and cannot replace the advice of competent legal counsel licensed in your State based on the specific facts and circumstances of your case. See* <u>*Disclaimer*</u>.

66