UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOE W. MALLORY,<br><br>                              Plaintiff,<br><br>           -against-<br><br>FRANCOISE GILOT SALK,<br><br>                              Defendant. | 18-CV-7473 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 16, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 16, 2019
        New York, New York

                                                         _____
                                                                Louis L. Stanton
                                                                    U.S.D.J.